### BAUBIENCE contᵃ Ship Griffin

Sebastian Baubience Chirurgion plaint. contᵃ Ship Griffin whereof Christopher Linch was formerly maʳ for not proceeding her Voyage according to the plaintˢ Agreemᵗ

### ARNALL contᵃ AIRES

Iohn Arnall or his certain Attourny plaint. contᵃ Peter Aiers Defendᵗ in an Action of debt of Eighteen pound in money due by booke with damages, The Attachmᵗ & return being read the plaint. appearing by his Attourny mʳ Tho: Norman who engaged in Court before joining issue to respond the Defendᵗˢ costs if hee obtained judgemᵗ After which . . . The Iury . . . found for the Defendᵗ costs of Court.

John Arnall plaint. contᵃ Benjⁿ Allen Defendᵗ The plaint. was nonsuted upon non appearance.

### TAYLOR contᵃ HEWS

William Taylor merchᵗ Attourny to Wᵐ Stoughton Esqʳ plaint. contᵃ Joshua Hews Defendᵗ in an action of the case for not paying the Summe of twelve pounds in money or thereabouts due for house Rent as shalbee made appeare wᵗʰ damages: . . . The Iury . . . found for the plaint. nine pounds six Shillings eight pence in money & costs of Court. Allowᵈ 18ˢ 4ᵈ
Execucion issued 12° febʳ 1678. [ 560 ]

Bozoun Allen plaint. contᵃ Ioseph Smith Defendᵗ The Defendᵗ being dead since the Serving the process the Action fell.

### KEMBLE contᵃ ARNALL

Mary Kemble Admˣ to the Estate of Henry Kemble deceᵈ plaint. contᵃ Iohn Arnall Defendᵗ in an action of the case for not paying the Summe of ten pounds or thereabouts in money due upon Accoᵗ as shalbee made appeare with damages. . . . The Iury . . . found for the plaint. eleven pounds one Shilling five pence in money damage & costs of Court Allowed thirty two Shillings eight pence.
Execucion issued pr° Febʳ 1678.